## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**DEANNA STRAIN,**

       **Plaintiff,**

    **v.**                                   **Case No.:  5:26-cv-00341-WWB-PRL**

**IDAHO CENTRAL CREDIT UNION,**

       **Defendant,**

_____/

### ORDER

This matter is before the Court on Defendant's motion to dismiss Plaintiff's Complaint. (Doc. 9). In its motion, Defendant solely argues that the Complaint fails to comply with Fed. R. Civ. P. 10(b) because it does not include consecutively numbered paragraphs. Defendant asks the Court to dismiss Plaintiff's Complaint and require Plaintiff to replead in a manner that complies with Rule 10(b).

In response, Plaintiff acknowledged the pleading deficiency (Docs. 10, 13) and filed a First Amended Complaint (Doc. 12). Based on Plaintiff's response and her First Amended Complaint, which is formatted into numbered paragraphs, Defendant's motion to dismiss is due to be **denied as moot.**

DONE and ORDERED in Ocala, Florida on July 2, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party